```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------X  ELECTRONICALLY FILED
                                             :  DOC #:_____
PAULITA NOVA MONTERO,                        :  DATE FILED: 01/08/2020
                          Plaintiff,         :
                                             :    19 Civ. 3235 (LGS)
              -against-                      :
                                             :         ORDER
J.C. PENNEY CORPORATION, INC.,               :
                          Defendant,         :
------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a case management conference is scheduled for **January 9, 2020, at 10:40 a.m.** It is hereby

**ORDERED** that the conference shall occur in Courtroom 110 of the of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York.

Dated: January 8, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**