```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------------X   ELECTRONICALLY FILED
                                            :   DOC #:
PAULITA NOVA MONTERO,                       :   DATE FILED: 02/11/2020
                    Plaintiff,              :
                                            :   19 Civ. 3235 (LGS)
          -against-                         :
                                            :   ORDER
J.C. PENNEY CORPORATION, INC.,              :
                    Defendant,              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 9, 2020, the parties were directed to file a status letter within one week of the first mediation session, and in any event no later than February 14, 2020, to apprise the Court of the date of the second session of mediation, if any (Dkt. No. 29);

WHEREAS, the parties' first mediation conference was scheduled for February 3, 2020;

WHEREAS, the parties failed to file a letter within one week of the conference. It is hereby

**ORDERED** that the parties shall file the letter by **February 14, 2020**.

Dated: February 11, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**