```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PAULITA NOVA MONTERO,                                       :
                                    Plaintiff,              :
                                                            :     19 Civ. 3235 (LGS)
                -against-                                   :
                                                            :         ORDER
J.C. PENNEY CORPORATION, INC.,                              :
                                    Defendant,              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a mediation conference was scheduled for March 20, 2020;

WHEREAS, the conference was not held. It is hereby

ORDERED that, by March 31, 2020, the parties shall file a joint letter, apprising the Court of the status of mediation.

Dated: March 24, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**